## CERTIFICATE OF SERVICE

I, Brenna A. Dolphin, Esquire, do hereby certify that a copy of the **NOTICE OF RESCHEDULED PRETRIAL CONFERENCE** was served this 16th day of June, 2025, upon the following counsel in the manner indicated:

### BY EMAIL

Ericka Johnson
Bayard, P.A.
600 North King Street, Suite 400
Wilmington, DE 19801
ejohnson@bayardlaw.com

    */s/ Brenna A. Dolphin*
    Brenna A. Dolphin (#5604)