# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>STRUCTURLAM MASS TIMBER U.S., INC. *et al*,[1]<br><br>          Debtor. | Chapter 11<br><br>Case No. 23-10497 (CTG) |
| HEATHER L. BARLOW AS LIQUIDATING TRUSTEE OF THE STRUCTURLAM LIQUIDATING TRUST,<br><br>          Plaintiff,<br><br>v.<br><br>MONASHEE MANUFACTURING CORPORATION LTD.,<br><br>          Defendant. | Adversary Case No. 25-50537 (CTG) |

## CERTIFICATION OF COUNSEL REGARDING
## ENTRY OF SCHEDULING ORDER

The undersigned hereby certifies that, Heather L. Barlow, solely in her capacity as liquidating trustee ("Liquidating Trustee") of the Structurlam Liquidating Trust (the "Liquidating Trust") and the Defendant in the above-captioned adversary proceeding (the "Adversary Proceeding"), through their respective counsel, have agreed to a form of Scheduling Order for the disposition of the Adversary Proceeding.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number or Canadian business number, as applicable, include: Structurlam Mass Timber U.S., Inc. (6287); Natural Outcomes, LLC (n/a); Structurlam Mass Timber Corporation (5050); and SLP Holdings Ltd. (3114). The Debtors have sold substantially all of their assets, and their remaining assets have vested in the Structurlam Liquidating Trust. The Structurlam Liquidating Trust and Liquidating Trustee may be contacted through undersigned counsel.

The undersigned respectfully requests that the Court enter the Scheduling Order in the Adversary Proceeding, a copy of which is attached hereto as **Exhibit A**.

| | |
|---|---|
| Date: July 30, 2025<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Brenna A. Dolphin*<br>Donna L. Culver (No. 2983)<br>Matthew B. Harvey (No. 5186)<br>Brenna A. Dolphin (No. 5604)<br>1201 North Market St, 16th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 658-9200<br>Email: dculver@morrisnichols.com<br>         mharvey@morrisnichols.com<br>         bdolphin@morrisnichols.com<br><br>*Attorneys for Plaintiff*<br>*Heather L. Barlow as Liquidating Trustee of the*<br>*Structurlam Liquidating Trust* |